# **EXHIBIT A**

Order to Show Cause Petition
Against and Directed to the U.S. Securities and Exchange Commission

At an IAS Part JCP of the Supreme Court of the State
of New York, held in and for the County of KINGS
at the Courthouse located at 360 Adams Street,
Brooklyn, New York on the 21 day of
August, 2025.

P R E S E N T : _Pamela Fisher_____

_____J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------------------------------X
KOBA MUSHKUDIANI,

|  |  |
|---|---|
| | **ORDER  TO  SHOW** |
| Plaintiff, | **CAUSE** |

VAC - P

      -against-

RACANELLI CONSTRUCTION GROUP INC., X&Y
DEVELOPMENT GROUP, LLC, CONSTRUCTION
AND REALTY SERVICES GROUP, INC., WESTIN
HOTEL  MANAGEMENT,  L.P.  d/b/a  WESTIN
ELEMENT  HOTEL,  FLUSHING  MEDICAL
SERVICES, PLLC d/b/a NORTH QUEENS MEDICAL
CENTER, FLEET FINANCIAL GROUP INC., and
JIQING DEVELOPMENT INC.,

Index No.: 502931/2017

                       Defendants.
--------------------------------------------------------------------X

       Upon the reading and filing of the annexed Affirmation of Andrew Wanger, Esq., dated
August 11, 2025, and the exhibits annexed thereto, and all of the pleadings and proceedings had
herein, and sufficient reason appearing therefore,

       **LET** Defendants Racanelli Construction Group, Inc., X & Y Development Group, LLC,
Fleet Financial Group, Inc., and Jiqing Development, Inc. and non-party respondents show cause
before this Court at Part ___JCP_____, Room ___224____, at the Supreme Court, Kings County
Courthouse, 360 Adams Street, Brooklyn, NY, on the 23 day of October , 2025, at 9:30
a.m., or as soon thereafter as counsel can be heard, why an order should not be entered:

    (a) voiding the ultra vires and illegal mortgage X & Y Development Group, LLC entered into
        with the SEC, which violated multiple court orders restraining X & Y Development Group,
        LLC from encumbering the Eastern Mirage Project;

    (b) sanctioning X & Y Development Group, LLC and its managing member, Richard Xia, for
        violating the restraining orders;

(c) granting Plaintiff a declaratory judgment (a) that Plaintiff's money judgment against Defendants, which was docketed with the Queens County Clerk's office, became, by operation of law, a lien on all of Defendants' assets, including the Eastern Mirage Project, and (b) that this judgment lien has priority over all other unsecured claims;

(d) Under CPLR 6514, cancelling the SEC's August 2023 lis pendens filed against the Eastern Mirage Project because (a) the SEC complaint was not attached and the SEC's case settled; and (b) the lis pendens was improper because the causes of action in the SEC case were not directly related to title, possession, use, or enjoyment of the Eastern Mirage Project;

(e) Enforcing Plaintiff's judgment lien and appointing a receiver under CPLR 5228 to administer, collect, and sell any real or personal property in which Defendants have an interest and to perform any other acts designed to satisfy Plaintiff's judgment;

(f) Lifting the prior restraining orders, in part, to permit the receiver to sell the Eastern Mirage Project and to direct X & Y Development Group, LLC to execute a deed to a buyer; and

(g) for any other relief this Court deems just and proper.

**SUFFICIENT REASON APPEARING THEREFORE**, that service of a copy of this order through certified mail, together with the papers upon which it is granted, upon the following Defendants, Racanelli Construction Group, Inc., X & Y Development Group, LLC, Fleet Financial Group, Inc., and Jiqing Development, Inc., and non-party respondent(s) on or before the 12 day of September, 2025, be deemed good and sufficient service:

**Racanelli Construction Group, Inc., X & Y Development Group, LLC, Fleet Financial Group, Inc., and Jiqing Development, Inc.**
Zhu Law Office, PLLC
Attorneys for Defendants
41-25 Kissena Blvd., Suite 112
Flushing, NY 11355

**US Securities & Exchange Commission New York Regional Office**
200 Vesey Street, Suite 400
New York, NY 10281-1022
and
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

**Emerald Creek Capital 3, LLC**
575 Lexington Ave, 31st Floor
New York, NY 10022
and
via the Secretary of State

**Westchester Fire Insurance Company**
1133 Avenue of the Americas, 32nd Floor
New York, New York 10036
and
via the Secretary of State

**AA Raele Electric Inc**
4223 1st Ave, Suite 1
Brooklyn, NY 11232
and
via the Secretary of State

**Advanced Transit Mix**
610 Johnson Ave.,
Brooklyn, NY 11237
and
via the Secretary of State

**An Excelsior Elevator Corporation**
640 Main St.,
Westbury, NY 11590
and
via the Secretary of State

**CFS Enterprises Inc**
650 E 132nd St.,
Bronx, NY, 10454
and
via the Secretary of State

2

**Certified Lumber Corp.**
148 Classon Avenue,
Brooklyn, NY 11205
and
via the Secretary of State

**City Transit Mix Inc**
104-14 148th Street,
Jamaica, NY 11435
and
via the Secretary of State

**Citywide Container Service Corp**
33-19 126th Place,
Corona, NY 11368
and
via the Secretary of State

**Corona Ready Mix, Inc.**
50-25 97th Place,
Corona, NY 11368
and
via the Secretary of State

**D&A Contracting LLC**
322 Route 46, Suite 120
Parsippany, NJ 07054
and
via the Secretary of State

**Daikin Applied Americas Inc**
9-03 44th Rd, Suite 202
Long Island City, NY 11101
and
via the Secretary of State

**Doka USA Ltd**
251 Monroe Ave,
Kenilworth, NJ 07033
and
via the Secretary of State

**FXR Construction, Inc,**
via the Secretary of State

**Hampton Partners LLC**
60 Cutter Mill Rd, Suite 505
Great Neck, NY 11021
and
via the Secretary of State

**JGJ Sheet Metal Corp**
351 Stagg St.,
Brooklyn, NY 11206
and
via the Secretary of State

**Mark Wholesale, Inc**
146 Spencer St, Suite 5005,
Brooklyn, NY, 11205
and
via the Secretary of State

**On Time Ready Mix, Inc.**
34-16 College Point Blvd,
Flushing, NY 11354
and
via the Secretary of State

**Oweis Engineering, Inc.**
100 East Hanover Ave, Suite 101
Cedar Knolls, NJ 07927
and
via the Secretary of State

**RCJ Construction Services Corp**
1700 Albemarle Road, Suite 5 F
Brooklyn, NY 11226
and
via the Secretary of State

**R&R Scaffolding Ltd**
235 Moonachie Rd,
Moonachie, NJ 07074
and
via the Secretary of State

**Samuel Feldman Lumber Co Inc**
1281 Metropolitan Ave,
Brooklyn, NY 11237
and
via the Secretary of State

**Silvercup Scaffolding I LLC**
29 Lorimer St.,
Brooklyn, NY 11206
and
via the Secretary of State

**Start Elevator LLC**
4350 Bullard Ave,
Bronx, NY 10466
and
via the Secretary of State

**USC-Kings, LLC**
120-05 31st Ave,
Flushing, NY 11354
and
via the Secretary of State

**V&P Altitude Corp**
2201 Neptune Ave, Suite C5,
Brooklyn, NY 11224
and
via the Secretary of State

**Xtreme Concrete, Inc**
178-01 Liberty Ave,
Jamaica, NY 11433
and
via the Secretary of State

**Juan Pablo Castillo Marca**
**Wilfredo Ramos Ortiz**
**Sebastian Ignacio Veas Diaz**
**Robin Enrique Molina**
**Manual Andres Martinez Ruiz**
**Liz Natalia Alvarenga Pereira**
**Josue Cuevas**
**Gloria Mabel Alvarenga Yanez**
**Francisco Cortes**
**Felipe Medina**
**Castro H Breiner Andres**
**Antonio Sajvin Cumes**
**Alexander Franco Arango**
**c/o TakeRoot Justice**
123 William Street, 16th Floor,
New York, NY 10038

**AND**, it is further;

3

Case 1:25-cv-05474-CLP   Document 1-1   Filed 09/30/25   Page 5 of 5 PageID #: 15

Let

~~ORDERED, that~~ proof of such service must be filed in the Office of the Clerk of the

Supreme Court, County of Kings, on or before the __16__ day of __September__, 2025.

E N T E R:

_____

~~J.S.C.~~

Hon. Pamela Fisher

4